LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento;
Renae Rodocker;
Luis Villa;
Debra Williams;
Stephanie Lynch;
Ann Edwards,
Miri Mee; and
Rey Carboni

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ROBIN MAMMEN, LARRY MAMMEN Individually and as a Guardian ad Litem for A.P.<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH & HUMAN SERVICES RENAE RODOCKER; LUIS VILLA  DEBBIE WILLIAMS; STEPHANIE LYNCH; ANNE EDWARDS, COMMUNITY CARE LICENCING; BRENDA CHANEY; JEFF WELLS MICHELLE WONG; MERI ME; JACK DANIELS, REY CARBONI; DANA PETERS; AND  DOES 1 through 20, Inclusive<br>    Defendant | Case No.: 2:13-cv-01588-JAM-AC<br><br>**ORDER GRANTING COUNTY DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendants County of Sacramento, Renae Rodocker, Luis Villa, Debra Williams, Stephanie Lynch, Ann Edwards, Miri Mee, and Rey Carboni  (collectively "County Defendants") filed a request for an extension of time to answer, move, or otherwise plead as to

**[Proposed] Order Granting County Defendants' Request for an Extension of Time to Respond to Plaintiffs' First Amended Complaint**

Page- 1

the Plaintiff's First Amended Complaint.  Good cause appearing, IT IS HEREBY ORDERED that County Defendants' request for an extension of time, up to and including December 23, 2013, in which to answer, move, or otherwise plead as to Plaintiffs' First Amended Complaint, is granted.

**IT IS SO ORDERED**

Dated:  12/9/2013  /s/ John A. Mendez
**HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**

**[Proposed] Order Granting County Defendants' Request for an Extension of Time to Respond to Plaintiffs' First Amended Complaint**