1    KAMALA D. HARRIS, State Bar No. 146672
     Attorney General of California
2    ISMAEL A. CASTRO, State Bar No. 85452
     Supervising Deputy Attorney General
3    RENU R. GEORGE, State Bar No. 262310
     Deputy Attorney General
4     1300 I Street, Suite 125
     P.O. Box 944255
5     Sacramento, CA 94244-2550
     Telephone:  (916) 445-8220
6     Fax:  (916) 324-5567
     E-mail:  Renuka.George@doj.ca.gov
7    *Attorneys for Defendants Community Care*
     *Licensing, Michelle Wong, Leon "Geoff" Wells in*
8    *their official capacity*

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN MAMMEN, LARRY MAMMEN Individually and as Guardian Ad Litem for A.P.,**<br><br>                         Plaintiffs,<br><br>       v.<br><br>**COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANNE EDWARDS; MICHELLE CALLEJAS; LUIS VILLA; STEPHANIE LYNCH; DEBBIE WILLIAMS; CRAIG LARKEN; RENAE RODOCKER; MIRI MEE; JACK DANIEL; JEANINE LOPEZ; REY CARBONI; COMMUNITY CARE LICENSING; MICHELLE WONG; GEOFF WELLS; BRENDA CHANEY; CHILDREN'S LAW CENTER; DANA PETERS; AND DOES 1-100, INCLUSIVE**<br><br>                         Defendants. | 2:13-cv-01588 JAM-AC<br><br>**JOINT STIPULATION EXTENDING TIME FOR STATE DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER THEREON [Local Rule 144(a)]**<br><br>Judge:        John A. Mendez<br>Trial Date:     None Set<br>Complaint Filed: August 1, 2013 |

                                        1

**JOINT STIPULATION EXTENDING TIME FOR STATE DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 144(a), Plaintiffs Robin Mammen, et. al., and Defendants Community Care Licensing, Michelle Wong, and Leon "Geoff" Wells in their official capacity (collectively "State Defendants"), by and through their respective counsel, hereby stipulate to grant State Defendants additional time to respond to Plaintiffs' First Amended Complaint as set forth below:

WHEREAS, Plaintiffs filed a Complaint on August 1, 2013 and a First Amended Complaint on November 18, 2013 naming Community Care Licensing, Michelle Wong, and Leon "Geoff" Wells as Defendants in this action;

WHEREAS, on November 21, 2013, Plaintiffs served Defendant Community Care Licensing with the Summons and First Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Community Care Licensing's response to Plaintiffs' First Amended Complaint is due December 12, 2013;

WHEREAS, State Defendants require additional time in which to respond to Plaintiffs' First Amended Complaint;

WHEREAS, this extension is sought so that State Defendants may enhance efficiency and respond to Plaintiffs' First Amended Complaint on behalf of Community Care Licensing as well as the remaining State Defendants not yet served;

WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Plaintiffs agree to grant State Defendants additional time in which to respond to the Complaint;

WHEREAS, the extension sought will not alter the date of any event or deadline already fixed by Court Order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the time in which State Defendants shall respond to the Complaint in this action shall be continued until January 9, 2014.

2

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

Dated:  December 6, 2013

/s/ Renu R. George_____
RENU R. GEORGE
Deputy Attorney General
*Attorneys for Defendants Community Care
Licensing, Michelle Wong, Leon "Geoff" Wells,
in their official capacity*

Dated:    December 6, 2013

/s/ Dennise Henderson_____
DENNISE SUZANNE HENDERSON
Law Office of Dennise Henderson
*Attorneys for Plaintiffs Robin Mammen, et. al.*

## ORDER THEREON

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Defendants' time to serve and file a response to Plaintiffs' First Amended Complaint in the above entitled action be extended from December 21, 2013 to January 9, 2014 pursuant to Local Rule 144(a).

DATE: 12/11/2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3