Jay Jambeck SBN #226018
Mandy G. Leigh  SBN # 225748
Sarah J. Fairchild SBN #238469
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:     415-795-3733
Email: mleigh@leighlawgroup.com

*Attorneys for R.Mammen, L. Mammen and A.P.*

**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN MAMMEN, LARRY MAMMEN<br><br>Individually and as Guardian Ad Litem for A.P.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANNE EDWARDS; MICHELLE CALLEJAS; LUIS VILLA; STEPHANIE LYNCH; DEBBIE WILIAMS; CRAIG LARKEN; RENAE RODOCKER;MIRI MEE; JACK DANIEL; JEANINE LOPEZ; REY CARBONI; COMMUNITY CARE LICENSING; MICHELLE WONG; GEOFF WELLS; BRENDA CHANEY; CHILDRENS LAW CENTER; DANA PETERS; AND DOES 1 through 20, Inclusive<br>          Defendants | **Case No.  2:13-CV-01588-JAM-AC**<br><br>**JOINT STIPULATION FOR CONTINUANCE TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANTS TO WITHDRAW CURRENT MOTIONS TO DISMISS** |

Plaintiffs ROBIN MAMMEN, LARRY MAMMEN AND A.P. ("Plaintiffs") and

Defendants COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN

SERVICES: ANN EDWARDS: MICHELLE CALLEJAS; LUIS VILLA; STEPHANIE LYNCH;

DEBRA WILLIAMS; CRAIG LARKIN; RENAE RODOCKER; MIRI MEE; JEANNINE

LOPEZ; REY CARBONI; COMMUNITY CARE LICENSING; MICHELLE WONG; GEOFF

1 WELLS; BRENDA CHANEY; CHILDRENS LAW CENTER; DANA PETERS AND DOES 1-
2 100, INCLUSIVE. ("Defendants") (hereafter collectively referred to as "the Parties") submit this
3 stipulation to request a continuance in this matter as follows:
4    WHEREAS, Plaintiffs filed a complaint against all Defendants on August 1, 2013 [Docket1];
5    WHEREAS, County Defendants filed a Motion to Dismiss on October 22, 2013 [Docket 14];
6    WHEREAS, Plaintiffs filed a First Amended Complaint against all Defendants on November
7    18, 2013 [Docket 16];
8    WHEREAS; State Defendants filed for an extension of time on December 6, 2013 [Docket 25];
9    WHEREAS, the Court signed an Order granting County Defendant's request for an extension
10    of time.  [Docket 24];
11    WHEREAS, County Defendants filed a Motion to Dismiss on December 23, 2013 [Docket 27];
12    WHEREAS, State Defendants filed a Motion to Dismiss on January 9, 2014 [Docket 28];
13    WHEREAS, Plaintiffs secured new counsel and submitted a substitution of attorney notice on
14    or about February 1, 2014;
15    WHEREAS,  the Parties conferred by phone February 3, 2014 and agreed to stipulate to a
16    continuance to permit Plaintiffs to file an amended complaint without waiving Defendants'
17    right to file a motion to dismiss or to file a response;
18    The Parties stipulate as follows:
19    1. Plaintiff will be permitted to file an amended complaint ("Second Amended Complaint) by
20       March 14, 2014;
21    2. Without waiving their right to file responsive pleadings pursuant to Fed. R. Civ. Proc. 12
22       or to Answer the Complaint, the Defendants will withdraw their presently filed Motions to
23       Dismiss;
24    3. The Parties will file a Joint Case Management Conference Statement 60 days after the date
25       of the filing of the amended complaint and shall confer regarding this Conference
26       Statement pursuant to Judge Mendez's Order regarding filing requirements.
27

THE PARTIES SO STIPULATE.

Dated this 4th day of February, 2014.    Respectfully submitted,

                                  LEIGH LAW GROUP

                                  By:____/s Mandy G. Leigh____
                                       Mandy G. Leigh
                                       *Attorneys for Plaintiffs*

Dated this 4th day of February, 2014.    Respectfully submitted,

                                CALIFORNIA DEPT OF JUSTICE

                                By:____/s Renuka R. George

                                Renuka R. George
                                *Attorneys for Community Care Licensing; Michelle Wong, Leon "Geoff" Wells and Brenda Chaney ("State Defendants")*

Dated this 4th day of February, 2014.    Respectfully submitted,

                                LONGYEAR, O'DEA & LAVRA, LLP

                                By:  /s Amanda L. McDermott
                                      Amanda L. McDermott
                                      *Attorneys for County of Sacramento and the individually named County Defendants*

**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN MAMMEN, LARRY MAMMEN<br><br>Individually and as Guardian Ad Litem for A.P.<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANNE EDWARDS; MICHELLE CALLEJAS; LUIS VILLA; STEPHANIE LYNCH; DEBBIE WILIAMS; CRAIG LARKEN; RENAE RODOCKER;MIRI MEE; JACK DANIEL; JEANINE LOPEZ; REY CARBONI; COMMUNITY CARE LICENSING; MICHELLE WONG; GEOFF WELLS; BRENDA CHANEY; CHILDRENS LAW CENTER; DANA PETERS; AND DOES 1 through 20, Inclusive<br>        Defendants | Case No.  2:13-CV-01588-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFNDANTS TO WITHDRAW CURRENT MOTIONS TO DISMISS** |

IT IS SO ORDERED that the above-entitled Joint Stipulation is GRANTED. PLAINTIFFS shall file a Second Amended Complaint by March 14, 2014.  Additionally, the Parties shall file a Joint Case Management Conference Statement 60 days from the date of the filing of Plaintiffs Joint Case Management Conference Statement.


Date:   2/5/2014                                     /s/ John A. Mendez_____
                                                            Honorable Judge John A. Mendez
                                                            Judge of the United States District Court

JOINT STIPULATION FOR AMENDMENT OF COMPLAINT AND WITHDRAWAL OF MOTION TO DISMISS
        2:13-CV-01588-JAM-AC