KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
RENU R. GEORGE, State Bar No. 262310
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8220
 Fax: (916) 324-5567
 E-mail: Renuka.George@doj.ca.gov
*Attorneys for Defendants Community Care
Licensing, Michelle Wong, in her official capacity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian Ad Litem for A.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMUNITY CARE LICENSING, MICHELLE WONG; CHILDREN'S LAW CENTER; COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER**<br><br>Defendants. | 2:13-cv-01588 JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR STATE DEFENDANTS' TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:     John A. Mendez<br>Trial Date:   None Set<br>Complaint Filed: August 1, 2013 |

///

///

///

///

///

///

1

**ORDER**

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Defendants' time to serve and file a response to Plaintiffs' Second Amended Complaint in the above entitled action be extended from March 28, 2014 to April 18, 2014 pursuant to Local Rule 144(a).

DATE:  3/27/2014                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

2

[Proposed] Order Granting Joint Stipulation To Extend Time For State Defendants' To Respond To Plaintiffs' Second Amended Complaint (2:13-cv-01588 JAM-AC)