KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
RENU R. GEORGE
Deputy Attorney General
State Bar No. 262310
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8220
 Fax: (916) 324-5567
 E-mail: Renuka.George@doj.ca.gov
*Attorneys for Defendants Community Care Licensing, Michelle Wong, in her official capacity*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN MAMMEN, LARRY MAMMEN Individually and as Guardian Ad Litem for A.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SACRAMENTO, DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANNE EDWARDS; MICHELLE CALLEJAS; LUIS VILLA; STEPHANIE LYNCH; DEBBIE WILLIAMS; CRAIG LARKEN; RENAE RODOCKER; MIRI MEE; JACK DANIEL; JEANINE LOPEZ; REY CARBONI; COMMUNITY CARE LICENSING; MICHELLE WONG; GEOFF WELLS; BRENDA CHANEY; CHILDREN'S LAW CENTER; DANA PETERS; AND DOES 1-100, INCLUSIVE,**<br><br>Defendants. | Case No. 2:13-cv-01588 JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

///

///

///

1

**ORDER THEREON**

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the parties' time to submit the Joint Case Management Statement is extended until June 20, 2014, thirty (30) days after the May 21, 2014 Motion to Dismiss hearing, pursuant to Local Rule 144(a).

DATE: May 8, 2014

/s/ JOHN A. MENDEZ

_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

SA2013113854
11344322.doc

2

[Proposed] Order Granting Joint Stipulation Extending Time for Joint Case Management Conference Statement  (2:13-cv-01588 JAM-AC)