Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:     415-795-3733
Email: mleigh@leighlawgroup.com

*Attorneys for Plaintiffs*
A.P. (a minor); Robin Mammen
and Larry Mammen individually
and as Guardian Ad Litem

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian Ad Litem for A.P.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COMMUNITY CARE LICENSING, MICHELLE WONG; CHILDREN'S LAW CENTER; COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER**<br><br>Defendants. | 2:13-cv-01588 JAM-AC<br><br>**JOINT STIPULATION SETTING TIME FOR FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND EXTENDING TIME FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge:        John A. Mendez<br>Trial Date:     None Set<br>Complaint Filed: August 1, 2013 |

**JOINT STIPULATION SETTING TIME FOR THE FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 144(a), Plaintiffs Robin Mammen, et. al., Defendants Community

Care Licensing and Michelle Wong in her official capacity (collectively "State Defendants"), and

County of Sacramento, Stephanie Lynch, Michelle Callejas, Debra Williams, Renae Rodocker,

1

1  Luis Villa and Craig Larkin (collectively "County Defendants")  by and through their respective

2  counsel, hereby stipulate to a date for the filing of Plaintiffs' Third Amended Complaint and to

3  postpone the submission of their Joint Case Management Conference Statement as set forth

4  below:

5          WHEREAS, on June 9, 2014 the Court granted the Motion to Dismiss the Second Amended

6  Complaint of Defendants Community Care Licensing and Michelle Wong in her official capacity

7  (collectively "State Defendants") with leave to amend certain portions of the complaint;

8          WHEREAS, no specific date was set forth in the Court's order for the filing of Plaintiffs'

9  Third Amended Complaint;

10          WHEREAS, the parties have agreed to a deadline of 21 days from the issuance of the

11  Court's June 9, 2014 Order for Plaintiffs to file their Third Amended Complaint;

12          WHEREAS, this extension is sought so that the parties may enhance efficiency and meet

13  and confer as to the submission of the Joint Case Management Conference Statement pending the

14  resolution of motions directed at the Third Amended Complaint or the filing of an Answer;

15          WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and

16  preserve resources, the parties agree to postpone the submission of the Joint Case Management

17  Statement until thirty (30) days after any motion directed at the Third Amended Complaint is

18  ruled upon, or if no motion is filed, within thirty (30) days of the filing of an Answer by the State

19  Defendants;

20          WHEREAS, the extension sought will not alter the date of any event or deadline already

21  fixed by Court Order.

22          NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the

23  Plaintiff's Third Amended Complaint shall be filed on or before June 30, 2014 and that

24  submission of the Joint Case Management Statement shall be postponed until thirty (30) days

25  after the Court rules on a motion directed at the Third Amended Complaint, or if no motion is

26  filed, thirty (30) days after the State Defendants file an Answer to the Third Amended Complaint.

27

28

2

Joint Stipulation Setting Deadline and Extending Time for Joint Case Management Conference Statement
(2:13-cv-01588 JAM-AC)

1
2
3
4
5

6   Dated:  June 13, 2014

7

8

9

                               Respectfully submitted,

                               LEIGH LAW GROUP

                               /s/ Jay T. Jambeck         _____
                               JAY T. JAMBECK
                               Leigh Law Group
                               *Attorneys for Plaintiffs Robin Mammen, et. al.*

10  Dated:    June 13, 2014

11

12

13

14

15

16

                               KAMALA D. HARRIS
                               Attorney General of California
                               ISMAEL A. CASTRO
                               Supervising Deputy Attorney General

                               /s/ Renu R. George_____
                               RENU R. GEORGE
                               Deputy Attorney General
                               *Attorneys for Defendants Community Care*
                               *Licensing, Michelle Wong, in her official*
                               *capacity*

17

18

19  Dated:    June 13, 2014

20

                               LONGYEAR, O'DAY & LAVRA, LLP

                               /s/ Amanda L. McDermott_____
                               *AMANDA L. MCDERMOTT*
                               *Attorneys for County Defendants*

21

22

23

                               IT IS SO ORDRED

24

25

26  Dated:  6/17/2014

27

28

                               /s/ John A. Mendez_____
                               Hon. John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE

3