**LONGYEAR, O'DEA & LAVRA, LLP**
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

*Attorneys for Defendants*
County of Sacramento;
Stephanie Lynch;
Michelle Callejas;
Debra Williams;
Renae Rodocker;
Luis Villa; and
Craig Larkin

**LEIGH LAW GROUP**
Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-795-3733

*Attorneys for Plaintiffs*
A.P. (a minor); Robin Mammen
and Larry Mammen individually
and as Guardian Ad Litem

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian ad Litem for A.P., | **Case No.: 2:13-cv-01588-JAM-AC** |
| Plaintiffs, | **AMENDED STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| vs. | |
| COMMUNITY CARE LICENSING, COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER, | |
| Defendants. | |

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order dated November 24, 2014 [ECF No. 60]:

- That the expert witness disclosure deadline, currently set for April 15, 2016, be moved to July 15, 2016;
- That the supplemental expert witness disclosure deadline, currently set for April 29, 2016, be moved to July 29, 2016;
- That the deadline for all discovery (expert and non-expert) to be completed, currently set for June 15, 2016, be moved to September 16, 2016;
- That the deadline for filing dispositive motions, currently set for July 27, 2016, be moved to October 18, 2016;
- That the deadline for hearing on dispositive motions, currently set for August 24, 2016, be moved to November 15, 2016, at 1:30 p.m.;
- That the deadline for filing the Joint Pretrial Statement be set for January 6, 2017;
- That the Final Pretrial Conference, currently set for September 30, 2016, be moved to January 13, 2017, at 11:00 a.m.; and
- That the Trial, currently set for November 7, 2016, be moved to February 13, 2017, at 9:00 a.m.

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for a modification of the scheduling order;

WHEREAS, the parties, through written discovery and meet and confer efforts, have determined that the relevant documents in this matter are in excess of 2,000 pages, and that due to the number of parties and witnesses there will be a significant number of necessary depositions;

WHEREAS, due to the nature of the claims in this matter the parties are likely to require the services of one or more experts, who will need to review significant records in order to

1. prepare their reports as required by FRCP 26;
2. WHEREAS, the parties would like to complete written discovery and depositions related
3. to non-expert witnesses prior to disclosure of experts;
4. WHEREAS, this stipulation and proposed order is based on the need for additional time
5. to conduct the above mentioned discovery, complete written discovery, and file pretrial motions;
6. WHEREAS, this request is not being made for the purpose of delay, or any other
7. improper purpose;
8. WHEREAS, continuing the trial date and pretrial deadlines will not prejudice any party
9. or their counsel; and
10. THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties
11. that this Court modifies the pretrial deadlines and trial date as set forth above.

**IT IS SO STIPULATED.**

Dated:  January 20, 2016            **LONGYEAR, O'DEA & LAVRA, LLP**

                               By:  */s/ Amanda L. McDermott*
                                    JOHN A. LAVRA
                                    AMANDA L. MCDERMOTT

Dated: January 20, 2016             **LEIGH LAW GROUP**

                                    */s/ Jay T. Jambeck*
                               By:  JAY T. JAMBECK
                                    MANDY G. LEIGH

**IT IS SO ORDERED.**

Dated:  _1/20/2016_                 /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge