1  **LONGYEAR, O'DEA & LAVRA, LLP**
John A. Lavra, CSB No.: 114533
2  Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
3  Sacramento, CA 95864
Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  *Attorneys for Defendants*
County of Sacramento;
6  Stephanie Lynch;
Michelle Callejas;
7  Debra Williams;
Renae Rodocker;
8  Luis Villa; and
Craig Larkin
9

**LEIGH LAW GROUP, P.C.**
10  Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
11  870 Market Street, Suite 1157
San Francisco, CA 94102
12  Telephone: 415-399-9155
Facsimile: 415-795-3733
13

*Attorneys for Plaintiffs*
14  A.P. (a minor); Robin Mammen
and Larry Mammen individually
15  and as Guardian Ad Litem

16

17  **UNITED STATES DISTRICT COURT**

18  **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

19  A.P. (a minor); ROBIN MAMMEN and           )   **Case No.: 2:13-cv-01588-JAM-AC**
LARRY MAMMEN individually and as            )
20  Guardian ad Litem for A.P.,                 )
                                            )   **AMENDED STIPULATION AND ORDER**
21             Plaintiffs,                    )   **TO MODIFY THE PRETRIAL**
                                            )   **SCHEDULING ORDER TO**
22      vs.                                   )   **PARTICIPATE IN AN EARLY**
                                            )   **SETTLEMENT CONFERENCE**
23  COMMUNITY CARE LICENSING,                   )
COUNTY OF SACRAMENTO, STEPHANIE )
24  LYNCH, LUIS VILLA; MICHELLE                 )
CALLEJAS, DEBRA WILLIAMS, CRAIG             )
25  LARKIN, RENAE RODOCKER,                     )
                                            )
26             Defendants.                    )
_____)
27

28

AMENDED STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO
PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order dated January 20, 2016 [ECF No. 63], be modified to reflect new deadlines as follows, or as to accommodate the Court's docket, in order for the parties to participate in an early settlement conference:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | July 15, 2016 | Oct. 17, 2016 |
| Supplemental Expert Disclosure: | July 29, 2016 | Oct. 31, 2016 |
| Close of  All Discovery: | Sept. 16, 2016 | Nov. 21, 2016 |
| Filing of Dispositive Motions: | Oct. 18, 2016 | Dec. 21, 2016 |
| Hearing of Dispositive Motions: | Nov. 15, 2016 | Jan. 24, 2017, at 1:30p |
| Joint Pretrial Statement: | Jan. 6, 2017 | June 2, 2017 |
| Final Pretrial Conference: | Jan. 13, 2017 | June 9, 2017 at 11:00a |
| Trial: | Feb. 13, 2017 | July 17, 2017 |

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, the parties have agreed to participate in a judicially supervised settlement conference with Magistrate Judge Carolyn Delaney on September 9, 2016 at 9:30 a.m., and allowing the parties to extend the deadlines as requested will save the parties time and expenses while they pursue potential settlement;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the trial date and pretrial deadlines will not prejudice any party or their counsel; and

1   THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties
2   that this Court modifies the pretrial deadlines and trial date as set forth above.
3   **IT IS SO STIPULATED.**

4

5   Dated:  July 11, 2016                    **LONGYEAR, O'DEA & LAVRA, LLP**

6
                                    By:   */s/ Amanda L. McDermott*
7                                         _____
                                          JOHN A. LAVRA
8                                         AMANDA L. MCDERMOTT

9

10  Dated: July 11, 2016                    **LEIGH LAW GROUP, P.C.**

11
                                    By:   */s/ Jay T. Jambeck*
12                                        _____
                                          JAY T. JAMBECK
13                                        MANDY G. LEIGH

14

15

16  **IT IS SO ORDERED.**

17

18  Dated:  July 11, 2016                  /s/ John A. Mendez
19  _____                    _____
                                          JOHN A. MENDEZ
20                                        United States District Court Judge

21

22

23

24

25

26

27

28