**LONGYEAR, O'DEA & LAVRA, LLP**
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

*Attorneys for Defendants*
County of Sacramento;
Stephanie Lynch;
Michelle Callejas;
Debra Williams;
Renae Rodocker;
Luis Villa; and
Craig Larkin

**LEIGH LAW GROUP, P.C.**
Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone: 415-399-9155
Facsimile: 415-795-3733

*Attorneys for Plaintiffs*
A.P. (a minor); Robin Mammen
and Larry Mammen individually
and as Guardian Ad Litem

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian ad Litem for A.P., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMUNITY CARE LICENSING, COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER, <br><br> Defendants. | **Case No.: 2:13-cv-01588-JAM-AC** <br><br> **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO ALLOW FOR PHASED DISCOVERY** |

AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING
ORDER TO ALLOW FOR PHASED DISCOVERY
Page 1

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order dated July 12, 2016 [ECF No. 68], be modified to reflect new deadlines as follows, or as to accommodate the Court's docket, in order for the parties to conduct phased discovery moving forward:

**Current Schedule**

| | |
|---|---|
| Expert Disclosure: | Oct. 17, 2016 |
| Supplemental Expert Disclosure: | Oct. 31, 2016 |
| Close of All Discovery: | Nov. 21, 2016 |
| Filing of Dispositive Motions: | Dec. 21, 2016 |
| Hearing of Dispositive Motions: | Jan. 24, 2017, at 1:30p |
| Joint Pretrial Statement: | June 2, 2017 |
| Final Pretrial Conference: | June 9, 2017 at 11:00a |
| Trial: | July 17, 2017 |

**Proposed New Schedule**

| | |
|---|---|
| Close of Phase 1 Discovery: | Nov. 21, 2016 |
| Filing of Dispositive Motions, Phase 1: | Dec. 21, 2016 |
| Hearing of Dispositive Motions, Phase 1: | Jan. 24, 2017, at 1:30p |
| Expert Disclosure: | June 8, 2017 |
| Supplemental Expert Disclosure: | June 29. 2017 |
| Close of Phase 2 Discovery: | July 24, 2017 |
| Filing of Dispositive Motion, Phase 2: | August 22, 2017 |
| Hearing of Dispositive Motions, Phase 2: | September 19, 2017, at 1:30p |
| Joint Pretrial Statement: | December 1, 2017 |
| Final Pretrial Conference: | December 8, 2017, at 11:00a |
| Trial: | January 8, 2018 at 9:00 a.m. |

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, the parties participated in a judicially supervised settlement conference with Magistrate Judge Carolyn Delaney on September 9, 2016, but were unable to reach a settlement;

WHEREAS, during the settlement conference on September 9, the parties discussed with Judge Delaney, and she approved, the possibility of conducting phased discovery moving forward in order for the parties to conduct limited fact discovery prior to Defendants filing their motion for summary judgment, and postponing expert discovery and any other fact discovery depending on the outcome of Defendants' motion;

WHEREAS, allowing the parties to extend the deadlines as requested will save the parties time and expenses in an effort to resolve the purely legal questions incumbent in this case;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the trial date and pretrial deadlines will not prejudice any party or their counsel; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies the pretrial deadlines and trial date as set forth above.

**IT IS SO STIPULATED.**

Dated:  September 20, 2016            **LONGYEAR, O'DEA & LAVRA, LLP**

By:  */s/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendants

Dated: September 20, 2016 **LEIGH LAW GROUP, P.C.**

By: */s/ Jay T. Jambeck*
JAY T. JAMBECK
MANDY G. LEIGH
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:  9/21/2016              /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge