1   LONGYEAR, O'DEA & LAVRA, LLP
    John A. Lavra, CSB No.: 114533
2   Amanda L. McDermott, CSB No.: 253651
    3620 American River Drive, Suite 230
3   Sacramento, CA 95864
    Phone: 916-974-8500
4   Facsimile: 916-974-8510

5   Attorneys for County of Sacramento;
    Stephanie Lynch;
6   Michelle Callejas;
    Debra Williams;
7   Renae Rodocker;
    Luis Villa; and
8   Craig Larkin

9

10                 **UNITED STATES DISTRICT COURT**

11        **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

12

13  A.P. (a minor); ROBIN MAMMEN and          )   Case No.: 2:13-cv-01588-JAM-AC
    LARRY MAMMEN individually and as          )
14  Guardian ad Litem for A.P.,               )
                                              )   **ORDER REGARDING DEFENDANT**
15              Plaintiffs,                   )   **COUNTY OF SACRAMENTO'S**
                                              )   **REQUEST TO SEAL DOCUMENTS IN**
16          vs.                               )   **SUPPORT OF COUNTY DEFENDANTS'**
                                              )   **MOTION FOR SUMMARY JUDGMENT,**
17  COMMUNITY CARE LICENSING,                 )   **OR IN THE ALTERNATIVE, SUMMARY**
    COUNTY OF SACRAMENTO, STEPHANIE )            **ADJUDICATION**
18  LYNCH, LUIS VILLA, MICHELLE               )
    CALLEJAS, DEBRA WILLIAMS, CRAIG           )
19  LARKIN, RENAE RODOCKER,                   )   **DATE:        January 24, 2014**
                                              )   **TIME:        1:30 p.m.**
20              Defendants.                   )   **DEPT.:       Courtroom 6, 14th floor**
                                              )   **JUDGE:       Hon. John A. Mendez**
21                                            )
                                              )
22  _____ )

23          Defendant County of Sacramento requests the Court's permission to file Exhibits 1-30

24  and 32-42 in support of County Defendants' Motion for Summary Judgment, or in the

25  Alternative, Summary Adjudication under seal as Exhibits 1-8, 10, 12-16, 19-30, and 32-42

26  contain confidential information that is protected by Welfare and Institutions Code section 827

27  and are subject to the Sacramento County Juvenile Court's order requiring they be filed under

28  seal. Additionally, Exhibits 9, 11, and 17-18 contain confidential information related to the

minor plaintiff's medical care. Having considered the pleadings and the records in this case, and good cause existing, IT IS HEREBY ORDERED that:

1.      Defendant County of Sacramento's request for a Court order permitting it to file Exhibits 1-8, 10, 12-16, 19-30, and 32-42 in support of County Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication under seal, filed December 21, 2016, is GRANTED;

2.      Defendant County of Sacramento's request for a Court order permitting it to file Exhibits 9, 11, and 17-18 in support of County Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication under seal, filed December 21, 2016, is GRANTED;

3.      Upon submission of Exhibits 1-8, 10, 12-16, 19-30, and 32-42 by Defendant, the Clerk of the Court is DIRECTED to file under seal the Exhibit 1-8, 10, 12-16, 19-30, and 32-42 documents until they are ordered unsealed by the Court;

4.      Upon submission of Exhibits 9, 11, and 17-18 by Defendant, the Clerk of the Court is DIRECTED to file under seal the Exhibit 9, 11, and 17-18 documents until they are ordered unsealed by the Court;

5.      Defendant shall serve a copy of Exhibits 1-8, 10, 12-16, 19-30, and 32-42 on the Plaintiffs; and

6.      Defendant shall serve a copy of Exhibits 9, 11, and 17-18 on the Plaintiffs.


IT IS SO ORDERED.

Dated this 22nd day of December, 2016

                    By:   /s/ JOHN A. MENDEZ
                          HONORABLE JOHN A. MENDEZ