| | |
|---|---|
| 1 | **LONGYEAR, O'DEA & LAVRA, LLP**<br>John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651<br>3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864<br>Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | *Attorneys for Defendants*<br>County of Sacramento; |
| 6 | Stephanie Lynch;<br>Michelle Callejas; |
| 7 | Debra Williams;<br>Renae Rodocker; |
| 8 | Luis Villa; and<br>Craig Larkin |
| 9 | |
| 10 | **LEIGH LAW GROUP**<br>Jay T. Jambeck SBN #226018 |
| 11 | Mandy G. Leigh SBN # 225748<br>870 Market Street, Suite 1157 |
| 12 | San Francisco, CA 94102<br>Telephone: 415-399-9155 |
| 13 | Facsimile: 415-795-3733 |
| 14 | *Attorneys for Plaintiffs*<br>A.P. (a minor); Robin Mammen |
| 15 | and Larry Mammen individually<br>and as Guardian Ad Litem |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian ad Litem for A.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY CARE LICENSING, COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER,<br><br>Defendants. | Case No.: 2:13-cv-01588-JAM-AC<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

Page 1

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order dated November 24, 2014 [ECF No. 60]:

- That the expert witness disclosure deadline, currently set for June 8, 2017, be moved to July 8, 2017;
- That the supplemental expert witness disclosure deadline, currently set for June 29, 2017, be moved to July 29, 2017;
- That the completion of phase II discovery, currently set for July 24, 2017, be moved to September 1, 2017;
- That the deadline for filing dispositive motions, currently set for July 27, 2016, be moved to October 19, 2017;
- That the deadline for filing phase II dispositive motions, currently set for August 24, 2017, be moved to **October 10**, 2017;
- That the deadline for hearing phase II dispositive motions, currently set for September 26, 2017, be moved to **November 7**, 2017 at 1:30 p.m.;

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice as set forth in the Declaration of John Lavra filed herewith that good causes exists for a modification of the scheduling order;

WHEREAS, this stipulation and proposed order is based on the need for additional time to conduct the above mentioned discovery, complete written discovery, and file pretrial motions;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies the pretrial deadlines and trial date as set forth above.

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

**IT IS SO STIPULATED.**

Dated: May 8, 2017 **LONGYEAR, O'DEA & LAVRA, LLP**

By: */s/ John A. Lavra*
JOHN A. LAVRA
AMANDA L. MCDERMOTT

Dated: May 8, 2017 **LEIGH LAW GROUP**

By: */s/* Jay T. Jambeck
JAY T. JAMBECK
MANDY G. LEIGH

**IT IS SO ORDERED <u>AS MODIFIED BY THE COURT.</u>**

Dated: _5/8/2017_____ /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge