| | |
|---|---|
| 1 | **LONGYEAR, O'DEA & LAVRA, LLP** |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No. 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | *Attorneys for Defendants* |
| | County of Sacramento; |
| 6 | Stephanie Lynch; |
| | Michelle Callejas; |
| 7 | Debra Williams; |
| | Renae Rodocker; |
| 8 | Luis Villa; and |
| | Craig Larkin |
| 9 | |
| | **LEIGH LAW GROUP** |
| 10 | Jay T. Jambeck SBN #226018 |
| | Mandy G. Leigh SBN # 225748 |
| 11 | 870 Market Street, Suite 1157 |
| | San Francisco, CA 94102 |
| 12 | Telephone: 415-399-9155 |
| | Facsimile: 415-795-3733 |
| 13 | |
| | *Attorneys for Plaintiffs* |
| 14 | A.P. (a minor); Robin Mammen |
| | and Larry Mammen individually |
| 15 | and as Guardian Ad Litem |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | | |
|---|---|---|
| A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian ad Litem for A.P., | ) ) ) | **Case No.: 2:13-cv-01588-JAM-AC** |
| Plaintiffs, | ) ) ) | **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| vs. | ) ) | |
| COMMUNITY CARE LICENSING, COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

Page 1

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order dated June 30, 2017 [ECF No. 105]:

- That the close of phase 2 discovery, currently set for September 22, 2017, be moved to November 9, 2017;

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, the parties continue to engage in settlement discussions and need additional time to determine whether resolution of this matter without further litigation is possible;

WHEREAS, the parties require additional time to complete expert discovery;

WHEREAS, the parties do not intend to file further dispositive motions;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies the pretrial deadlines as set forth above.

**IT IS SO STIPULATED.**

Dated: September 6, 2017     **LONGYEAR, O'DEA & LAVRA, LLP**

By: */s/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT

Dated: September 6, 2017     **LEIGH LAW GROUP**

By: */s/ Jay T. Jambeck*
JAY T. JAMBECK
MANDY G. LEIGH

**IT IS SO ORDERED.**

Dated: _9/6/2017_____    ___/s/ John A. Mendez_____
                                       JOHN A. MENDEZ
                                       United States District Court Judge