| | |
|---|---|
| 1 | **LONGYEAR, O'DEA & LAVRA, LLP** |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | *Attorneys for Defendants* |
| | County of Sacramento; |
| 6 | Stephanie Lynch; |
| | Michelle Callejas; |
| 7 | Debra Williams; |
| | Renae Rodocker; |
| 8 | Luis Villa; and |
| | Craig Larkin |
| 9 | |
| | **LEIGH LAW GROUP** |
| 10 | Jay T. Jambeck SBN #226018 |
| | Mandy G. Leigh SBN # 225748 |
| 11 | 870 Market Street, Suite 1157 |
| | San Francisco, CA 94102 |
| 12 | Telephone: 415-399-9155 |
| | Facsimile: 415-795-3733 |
| 13 | |
| | *Attorneys for Plaintiffs* |
| 14 | A.P. (a minor); Robin Mammen |
| | and Larry Mammen individually |
| 15 | and as Guardian Ad Litem |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| A.P. (a minor); ROBIN MAMMEN and LARRY MAMMEN individually and as Guardian ad Litem for A.P., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMUNITY CARE LICENSING, COUNTY OF SACRAMENTO, STEPHANIE LYNCH, LUIS VILLA; MICHELLE CALLEJAS, DEBRA WILLIAMS, CRAIG LARKIN, RENAE RODOCKER, <br><br> Defendants. | Case No.: 2:13-cv-01588-JAM-AC <br><br> **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER

Page 1

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order dated September 7, 2017 [ECF No. 109]:

- That the deadline to file the Joint Pretrial Statement, currently set for December 1, 2017, be moved to April 6, 2018;
- That the Final Pretrial Conference, currently set for December 8, 2017, be moved to April 13, 2018 at 10:00 a.m.;
- That the trial date, currently set for January 8, 2018, be moved to May 21, 2018 at 9:00 a.m.;

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, the parties continue to engage in settlement discussions and are in the process of scheduling a judicially supervised settlement conference with Magistrate Judge Carolyn Delaney, and allowing the parties to extend the deadlines as requested will save the parties time and expenses while they pursue potential settlement;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies the pretrial deadlines as set forth above.

**IT IS SO STIPULATED.**

Dated: November 2, 2017　　　　**LONGYEAR, O'DEA & LAVRA, LLP**

By: */s/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 2, 2017 | **LEIGH LAW GROUP** |
| 3 | | |
| 4 | | */s/ Jay T. Jambeck* |
| | By: | JAY T. JAMBECK |
| 5 | | MANDY G. LEIGH |

**IT IS SO ORDERED.**

Dated: _11/2/2017_____    /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Court Judge